# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00644-CV

**In re St. David's Healthcare Partnership, L.P. LLP d/b/a St. David's Hospital**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator St. David's Healthcare Partnership, L.P. LLP d/b/a St. David's Hospital filed this petition for writ of mandamus. Subsequently, St. David's filed an unopposed motion to dismiss the petition, stating that the parties have resolved the discovery dispute that is the subject of the petition. Accordingly, we grant the motion and dismiss the petition for writ of mandamus.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Waldrop

Filed: December 14, 2007